# <u>EXHIBIT H</u>

# Corporate Registration



# Detail by Entity Name

**Florida Profit Corporation**

SHOPSTIC, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P16000040719 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 05/05/2016 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

6586 WATERS EDGE WAY
LAKEWOOD RANCH, FL 34202

**Mailing Address**

6586 WATERS EDGE WAY
LAKEWOOD RANCH, FL 34202

**Registered Agent Name & Address**

UNITED STATES CORPORATION AGENTS, INC.
13302 WINDING OAK COURT
A
TAMPA, FL 33612

**Officer/Director Detail**

**Name & Address**

Title P,T

ELIAS, ABRAHAM
6586 WATERS EDGE WAY
LAKEWOOD RANCH, FL 34202

Title S,D

NGUYEN, TRUNG
6586 WATERS EDGE WAY
LAKEWOOD RANCH, FL 34202

Title D

ELIAS, ABRAHAM

6586 WATERS EDGE WAY
LAKEWOOD RANCH, FL 34202

**Annual Reports**

**No Annual Reports Filed**

**Document Images**

05/05/2016 -- Domestic Profit | View image in PDF format |

Copyright © and  Privacy Policies
State of Florida, Department of State

# Trademark Application



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Aug 22 08:57:47 EDT 2016*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# Alpine Water

| | |
|---|---|
| **Word Mark** | ALPINE WATER |
| **Goods and Services** | IC 011. US 013 021 023 031 034. G & S: Refrigerator water filters. FIRST USE: 20160101. FIRST USE IN COMMERCE: 20160501 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87077359 |
| **Filing Date** | June 20, 2016 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Shopstic, Inc. CORPORATION FLORIDA 6586 Waters Edge Way Lakewood Ranch FLORIDA 34202 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# Website Listings -

# ULTRAWF Replacement Cartridge

**Try Prime**

All Departments ▾    ultrawf water filter

Your Amazon.com    Today's Deals    Gift Cards & Registry     Hello. Sign in Your Account ▾    Try Prime ▾    Lists ▾     **0** Cart

2 results for **Alpine Water** : "ultrawf water filter"     Sort by   Relevance ▾

**Show results for**

Appliances
Refrigerator Parts & Accessories

**+ See All 2 Departments**

**Refine by**

**Brand**
Clear
☐ Frigidaire
☐ filter
☐ CORAL FILTER
☑ Alpine Water
☐ IcePure
☐ Bluesky
☐ Waterfall Filter
☐ DCF
**+ See more**

**Avg. Customer Review**
    & Up
    & Up
    & Up
    & Up

**Condition**
New
Used



**Pack of 3 Compatible for ULTRAWF, KENNMORE-469999, 242017800,242017801, PS2364646, A0094E28261**
by Alpine water
**$43.15**
Only 1 left in stock - order soon.

                                       5

FREE Shipping on eligible orders

**Product Features**
... on *water* quality and level of contaminants) The quality of the *filter* is ...

**Tools & Home Improvement:** See all 2 items



**Pack of 2 Compatible for ULTRAWF, KENNMORE-469999, 242017800,242017801, PS2364646, A0094E28261**
by Alpine water
**$27.41**
Only 16 left in stock - order soon.

                                       3

FREE Shipping on eligible orders

**Product Features**
... on *water* quality and level of contaminants) The quality of the *filter* is ...

**Tools & Home Improvement:** See all 2 items

**Sponsored Links** (What's this?)

1. **Buy Frigidaire® Filters**     Don't Compromise the Performance of Your Fridge w/ a Non-Genuine **Filter**   www.frigidaire.com/**UltrawfFilters**

2. **Frigidaire ULTRAWF 9999**    4-Pack: $74.95, Made In USA. Free Shipping and Free Returns. www.houseoffilters.com/ULTRAWF-9999

3. **Frigidaire Water Filters**    Free Shipping & Returns Guaranteed. Buy Fridge **Filters** Now and Save!   www.discountfilters.com/Frigidaire

4. **Water Filter Sale 20% Off**    Summer Deals, Save 20% Today. NSF Certified 98% Lead Reduction! www.pelicanwater.com/**WaterFilter**

Ad feedback

**Search Feedback**
Did you find what you were looking for?
[ Yes ] [ No ]
If you need help or have a question for Customer Service, please visit the Help Section.


Ad feedback

7/25/2016     Amazon.com: Compatible for ULTRAWF, KENNMORE-469999, 242017800,242017801, PS2364646, A0094E28261: Home Improvement

Case 3:16-cv-01433-CSH Document 16-9 Filed 08/23/16 Page 9 of 18



Try Prime

All ▾    alpine water filter ultrawf

| Departments ▾ | Your Amazon.com | Today's Deals | Gift Cards & Registry | | Hello. Sign in Your Account ▾ | Try Prime ▾ | Lists ▾ | **0** Cart |

| Tools & Home Improvement | Best Sellers | Gift Ideas | Lighting & Ceiling Fans | Hardware | Kitchen & Bath Fixtures | Power & Hand Tools | Woodworking |

‹ Back to search results for "alpine water filter ultrawf"



## Pack of 2 Compatible for ULTRAWF, KENNMORE-469999, 7800,242017801, PS2364646, E28261

Water

3 customer reviews

7.41 & FREE Shipping

left in stock.

Qty: 1 ▾

**$27.41** + Free Shipping

Only 17 left in stock. Sold by discountedfilters

Add to Cart

Turn on 1-Click ordering for this browser

**d Delivery Date:** July 29 - Aug. 3 when you choose at checkout.

and sold by discountedfilters.

Ship to:
HARTFORD, CT 06101

Add to List

easy to install with clear instructions.
ality of the filter is the same as the branded filter
ts less.
tible With: Frididaire-ULTRAWF, KENNMORE-
l, 242017800, 242017801, PS2364646,
E28261
vated Carbon Block Filter is NSF42
for up to 6 months or 300 gallons of water (
ds on water quality and level of contaminants)
re product details

Have one to sell?    Sell on Amazon

Share

Click to open expanded view

## Frequently Bought Together



Total price: **$38.34**

Add both to Cart

Add both to List

These items are shipped from and sold by different sellers. Show details

☑ **This item:** Pack of 2 Compatible for ULTRAWF, KENNMORE-469999, 242017800,242017801, PS2364646, A0094E28261 $27.41

☑ 2 Replacement Frigidaire Pure Air Ultra Refrigerator Air Filters, Also Fits Electrolux, Compare to... $10.93

## Customers Who Viewed This Item Also Viewed

# Internet Order(s) and

# Receipt(s)

Order Details                                                      Page 1 of 3



Try Prime          All ˅

Departments ˅   Browsing History ˅   John's Amazon.com   Today's Deals       Hello, John
                                                                              Your Account ˅    Try Prime ˅   Lists ˅       0  Cart

Your Account › Your Orders › Order Details

## Order Details

Ordered on June 17, 2016    Order# 115-2467364-4001806            [ View or Print Invoice ]

**Shipping Address**              **Payment Method**               **Order Summary**
                                  VISA **** 5836                   Item(s) Subtotal:        $181.86
                                                                   Shipping & Handling:      $10.44
HAMDEN, CT 06518-2738                                              Total before tax:        $192.30
United States                                                      Estimated tax to be       $1.63
                                                                   collected:
                                                                   Grand Total:             $193.93

Transactions

2 SHIPMENTS

### Delivered Jun 21, 2016
Your package was left in the mailbox.

Mist Frigidaire Water Filter - ULTRAWF Compatible for Frigidaire refrigerators     [ Return or replace items ]
Sold by: ClearWater Filters
$18.99                                                                              [ Leave seller feedback ]
Condition: New
[ Buy it Again ]                                                                    [ Write a product review ]

CORAL FILTER ULTRAWF Frigidaire Puresource WF3CB/KENMORE 46-9999 Refrigerator      [ Archive order ]
Compatible Water Filter
Sold by: Amazon.com LLC
$24.43
Condition: New
[ Buy it Again ]

Frigidaire ULTRAWF compatible Premium Replacement Refrigerator Water Filter By
EternaWater Model EWRF1022
Sold by: ProActive Products    Product question? Ask Seller
$22.77
Condition: New
[ Buy it Again ]

Best Frigidaire Water Filter - ULTRAWF Compatible Cartridge For Frigidaire Refrigerators &
Ice Makers - Compatible with Puresource, Gallery, Professio
Sold by: Best Filter
$18.99
Condition: New
[ Buy it Again ]

2-Pack Frigidaire ULTRAWF Compatible Water Filter - 2-Pack
Sold by: Fountain Dist
$39.99
Condition: New
[ Buy it Again ]

Frigidaire ULTRAWF Compatible Water Filter - Refrigerator

Order Details                                                                                     Page 2 of 3



Sold by: Waterfall Filter Company
$19.99
**Condition:** New

Buy it Again

Filter Replacement Cartridge for Ultrawf,kenmore
469999,242017800,242017801,ps2364646,a0094e28261
Sold by: Excellen-Shop
$17.56
**Condition:** New

Buy it Again

**Delivered Jun 23, 2016**
Your package was delivered.

Replacement Cartridge for Frigidaire ULTRAWF Refrigerator Water Filter
Sold by: FremontGoods
$19.14
**Condition:** New

Buy it Again

Return or replace items

Leave seller feedback

Write a product review

Archive order

**Customers Who Bought Items in Your Order Also Bought**                              Page 1 of 13



2 Replacement Frigidaire
Pure Air Ultra Refrigerator
Air Filters, Also Fits
Electrolux,...
105
$10.93

2 Pack - Frigidaire
PAULTRA Refrigerator
Compatible Air Filter -
PureAir Universal Air...
161
$14.99

Frigidaire PAULTRA,
Electrolux EAFCBF
compatible air filter -
VNF02
45
$8.39

Frigidaire SCPUREAIR2PK
Air Filter, 2-Pack
207
$13.19

**Your Recently Viewed Items and Featured Recommendations**

Inspired by your purchases                                                             Page 1 of 6



Frigidaire PAULTRA
Refrigerator Air Filter
366
$11.52

Frigidaire SCPUREAIRU
PureAir Universal
Refrigerator Air Filter Kit
64
$7.65

Coral Filter CPAULTRA
Frigidaire Paultra /
Electrolux EAFCBF
Refrigerator Air Filter
Compatible Coral...
29

Frigidaire SCPUREAIR2PK
Air Filter, 2-Pack
207
$13.19

Electrolux
Replacem
$13.68

You
viewed

View or edit
your browsing
history

# Photos -

# ULTRAWF Replacement Cartridge









