# **EXHIBIT L**

(12) **United States Design Patent** (10) Patent No.: **US D656,578 S**
Sherman et al. (45) Date of Patent: ** **Mar. 27, 2012**

(54) **CASSETTE FILTER**

(75) Inventors: **Michael Sherman**, Woodbury, MN (US); **Stephen P. Huda**, Shelton, CT (US); **Steven J. Haehn**, Oakdale, MN (US)

(73) Assignee: **KX Technologies, LLC**, West Haven, CT (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/398,174**

(22) Filed: **Jul. 27, 2011**

(51) **LOC (9) Cl.** .................................................. **23-01**
(52) **U.S. Cl.** ..................................................... **D23/209**
(58) **Field of Classification Search** ......... D23/207–209; 210/340, 341, 282, 232, 266
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D290,638 S | * | 6/1987 | Bishop | D23/207 |
| D519,186 S | * | 4/2006 | Oranski et al. | D23/209 |
| D562,429 S | * | 2/2008 | Morris | D23/209 |
| D621,001 S | * | 8/2010 | Maziel et al. | D23/209 |

* cited by examiner

*Primary Examiner* — Robin V Webster
(74) *Attorney, Agent, or Firm* — DeLio & Peterson, LLC; Robert Curcio, Esq.

(57) **CLAIM**

We claim the ornamental design for a "Cassette Filter", as shown and described.

**DESCRIPTION**

FIG. 1 is a top rear perspective view of the Cassette Filter according to the present invention;
FIG. 2 is a front bottom perspective view of the Cassette Filter according to the present invention;
FIG. 3 is a bottom elevational view of the Cassette Filter according to the present invention;
FIG. 4 is a top elevational view of the Cassette Filter according to the present invention;
FIG. 5 is a front elevational view of the Cassette Filter according to the present invention;
FIG. 6 is a rear elevational view of the Cassette Filter according to the present invention;
FIG. 7 is a left side elevational view of the Cassette Filter according to the present invention; and,
FIG. 8 is a right side elevational view of the Cassette Filter according to the present invention.

1 Claim, 2 Drawing Sheets





FIG. 1

FIG. 2

FIG. 3

FIG. 4



FIG. 5



FIG. 7



FIG. 6



FIG. 8