# **EXHIBIT N**

# (12) United States Design Patent
## Sherman et al.

(10) Patent No.: **US D656,580 S**
(45) Date of Patent: ⋆⋆ **Mar. 27, 2012**

(54) **CASSETTE FILTER MANIFOLD**

(75) Inventors: **Michael Sherman**, Woodbury, MN (US); **Stephen P. Huda**, Shelton, CT (US); **Steven J. Haehn**, Oakdale, MN (US)

(73) Assignee: **KX Technologies, LLC**, West Haven, CT (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/398,177**

(22) Filed: **Jul. 27, 2011**

(51) LOC (9) Cl. .................................................. **23-01**
(52) U.S. Cl. ..................................................... **D23/209**
(58) Field of Classification Search ......... D23/207–209; 210/340, 341, 282, 232, 266, 493.2
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D295,438 S  *  4/1988  Bray et al. .................... D23/207

* cited by examiner

Primary Examiner — Robin Webster
(74) Attorney, Agent, or Firm — DeLio & Peterson, LLC; Robert Curcio, Esq.

(57) **CLAIM**

We claim the ornamental design for a "Cassette Filter Manifold," as shown and described.

**DESCRIPTION**

FIG. 1 is a top rear perspective view of the Cassette Filter Manifold according to the present invention.
FIG. 2 is a front bottom perspective view of the Cassette Filter Manifold according to the present invention.
FIG. 3 is a top elevational view of the Cassette Filter Manifold according to the present invention.
FIG. 4 is a bottom elevational view of the Cassette Filter Manifold according to the present invention.
FIG. 5 is a front elevational view of the Cassette Filter Manifold according to the present invention.
FIG. 6 is a rear elevational view of the Cassette Filter Manifold according to the present invention.
FIG. 7 is a left side elevational view of the Cassette Filter Manifold according to the present invention; and,
FIG. 8 is a right side elevational view of the Cassette Filter Manifold according to the present invention.

**1 Claim, 2 Drawing Sheets**





FIG. 1    FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6

 

FIG. 7    FIG. 8